UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMDIYAH AL SAEEDI ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED<br>*Petitioners*,<br><br>v.<br><br>DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,<br><br>*Respondents*. | Case No. 17-cv-00484<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Date: January 29, 2017 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioners, HAMDIYAH AL SAEEDI ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED and their counsel hereby give notice that Petitioners collectively voluntarily dismiss their claims against Respondents without prejudice.

DATED: NEW YORK, NEW YORK
January 30, 2017

Respectfully submitted,

THE ABOUSHI LAW FIRM, PLLC.
/s/ _____
By: Tahanie A. Aboushi, Esq.
1441 Broadway, Suite 5036
New York, New York 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508

TO: SCOTT DUNN, ESQ.
Scott.Dunn@usdoj.gov

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
January 30, 2017